JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

NORBERTO RAFAEL LAMEDA RODRIGUEZ,

Petitioner,

v.

FERETI SEMAIA et al.,

Respondents.

Case No. 5:26-cv-05923-DFM

JUDGMENT

Pursuant to the Court's Order Denying Petition for Writ of Habeas Corpus,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. Counts Two, Three, and Fifth of the Petition (Dkt. 1) are DISMISSED WITHOUT PREJUDICE for failure to exhaust administrative remedies.
2. Counts One and Four of the Petition (Dkt. 1) are DENIED.
3. This action is DISMISSED.

Date: October 27, 2026

DOUGLAS F. McCORMICK
United States Magistrate Judge